IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDSEY ZIEGLER PREFFER, | ) | |
| Individually and as | ) | |
| Executrix of the Estate of | ) | |
| Dawn L. Ziegler, Deceased; | ) | |
| and STEPHEN RICHARD | ) | |
| PHILLIPS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv732-MHT |
| | ) | (WO) |
| UNITED STATES OFFICE OF | ) | |
| PERSONNEL MANAGEMENT | ) | |
| (OPM), et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

The court having been informed by the joint notice of settlement (doc. no. 25) that this cause is now settled, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs and with leave to the parties, within 98 days, to stipulate to a different basis for dismissal or to

stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 98 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of March, 2015.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE